UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**General Medicine, P.C.,**

    Plaintiff,

v.

**Secretary of U.S. Department of
Health and Human Services,**

    Defendant.

Civil No. 17-10090
Hon. Matthew F. Leitman

# ORDER AND JUDGMENT

On October 30, 2017, plaintiff filed a Motion for Summary Judgment seeking to vacate the decision of the Medicare Appeals Counsel ("MAC") and remand the matter for further proceedings. (Dkt. 26). In supplemental briefing, plaintiff clarified that it was "not asking this Court to enter a judgment or make any substantive ruling on the merits of the appeal." (Dkt. 32, Pg ID 5848). Instead, plaintiff was seeking a sentence six remand. (*Id.*).

On August 21, 2018, this Court entered an Opinion and Order Denying Plaintiff's Motion for Summary Judgment; therefore, denying remand of this action to Defendant Secretary of Health and Human Services, which was plaintiff's only remaining claim. (Dkt. 37).

Therefore, **IT IS HEREBY ORDERED** that this case is dismissed in its entirety with prejudice and **JUDGMENT** is entered in favor of defendant.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: September 20, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 20, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764